USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/17/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EBBETS FIELD VENTURE, LLC,

                          Plaintiff,

        -against-

ODK CAPITAL, LLC,

                          Defendant.

26-CV-04972 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

        This is an action under New York's Civil Practice Laws and Rules Article 30 seeking a declaratory judgment that a contract is void.

        Because the contract at issue appears to contain an arbitration clause and a forum-selection clause for another jurisdiction, it is hereby ORDERED that the parties promptly meet and confer and, on or before **July 10, 2026**, file a joint letter (1) briefly summarizing the nature of the dispute; (2) stating whether the parties wish to conduct motion practice before discovery. If the parties wish to conduct motion practice before discovery, the letter must include a proposed briefing schedule..[1]

        In accordance with Rule I(B)(5) of the Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF.

        **Counsel who have entered a notice of appearance as of the issuance of this Order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this Order and the Court's Individual Rules forthwith, and (2) to file proof of such notice with the Court.**

Dated: June 17, 2026
        New York, New York

                                                SO ORDERED.

                                                MARGARET M. GARNETT
                                                United States District Judge

------

        [1] Nothing about this Order should be construed as abridging, elongating, or staying the deadline for a motion to remand. *See* 28 U.S.C. § 1447(c).