USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/07/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EBBETS FIELD VENTURE, LLC,
Plaintiff,

-against-

ODK CAPITAL, LLC d/b/a ONDECK,
Defendant.

26-CV-04972 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On July 24, 2026, Plaintiff moved to remand this matter back to the state court from which it was removed. Dkt. No. 10. On August 7, 2026, Defendant filed a letter stating it does not oppose the motion. Dkt. No. 12. Accordingly, Plaintiff's unopposed motion to remand (Dkt. No. 10) is GRANTED. This matter is REMANDED to the Supreme Court of the State of New York in New York County, and the Clerk of Court is respectfully directed to transmit this case to that court promptly.

Dated: August 7, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge